COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Leslie R. Leavoy, Jr.
Attorney at Law
P. O. Box 1055
DeRidder LA 70634

**REHEARING ACTION: September 13, 2017**

**Docket Number: 17   00496-KW**

**STATE OF LOUISIANA**
**VERSUS**
**JOHN D. KOSKI**

**Writ Application from Vernon Parish Case No. 85-041-042, 86-071, 87-206**

**BEFORE JUDGES:**

 **Hon. John D. Saunders**
 **Hon. Phyllis M. Keaty**
 **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **John D. Koski** is:

 **REHEARING DENIED.**  *See* Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Hon. Asa Allen Skinner, Counsel for  the Respondent
 John K. (Mike) Anderson, Counsel for  the Respondent
 Terry Wayne Lambright, Counsel for  the Respondent